**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 18, 2015

Hon. Sylvia Perez
964 E. Harrison
2nd Floor
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00583-CV
Tr.Ct.No.  2006-CPC-92-B
Style:    IN THE ESTATE OF MARIO GONZALEZ LIRA


The judgment of the trial court in the above cause was VACATED AND DISMISSED by this Court on the 2nd day of April, 2015.  The mandate is enclosed.

Costs of the appeal are adjudged against the party incurring them.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Scott  P.  Jones (DELIVERED VIA E-MAIL)
       Hon. Moises R. Hernandez
       Hon. Jacqueline M. Stroh (DELIVERED VIA E-MAIL)
       Hon. Roger W. Hughes (DELIVERED VIA E-MAIL)